Form order – ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

In Re:  Rachelle Castiglione
Debtor

                              Case No.:
                              Chapter 7

Nancy Isaacson
Plaintiff

v.

Superior Mortgage Corp.
Defendant

Adv. Proc. No. 06–01523–MBK                       Judge: Michael B. Kaplan

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

     Please be advised that on December 5, 2007, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 87 – 56
Opinion (related document:[56] Motion For Summary Judgment RE: avoiding fradulent transfer in favor of Plaintiff Nancy Isaacson and against Defendant Joseph Castiglione filed by Plaintiff Nancy Isaacson). The following parties were served: Plaintiff's Attorney, Defendants, Defendants' Attorneys. Signed on 12/4/2007. (slf, )

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: December 5, 2007
JJW: slf

                                                                  James J. Waldron
                                                                  Clerk